system. Subsequently the cement company leased this track to the New York Central which uses it as a connecting line between its Hudson River and Boston and Albany divisions. The Appellate Division held that the right of way was granted solely for the purpose of connecting the dock property with the railroad and not for general railroad purposes and that in any event the easement was lost by nonuser for more than forty years.

*William V. Saxe* for appellant.
*John V. Whitbeck, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARY A. REILLY, Respondent, *v.* AMERICAN MEAT AND SUPPLY COMPANY, INC., Appellant.

*Negligence — stores — action to recover for injuries from fall in store caused by stepping on crushed fruit hidden by sawdust.*

*Reilly* v. *Amer. Meat & Supply Co., Inc.,* 222 App. Div. 739, affirmed. (Argued April 4, 1928; decided May 1, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while walking along an aisle in defendant's store, slipped on what was described as " mashed fruit " hidden by sawdust and fell receiving the injuries complained of.

*Robert H. Charlton* and *John T. Loughran* for appellant.
*Harold R. Medina, Joseph Levy, Edward Gluck* and *Joseph A. McLaughlin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN and O'BRIEN, JJ. Dissenting: CRANE and KELLOGG, JJ.